Eve I. Klein
Joanna R. Varon
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Plaintiff Minners Designs, Inc.*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MINNERS DESIGNS, INC.,          :
                                :   Judge: Michael Mahon
            Plaintiff,          :
                                :   08 Civ.    (7221)
     -against-                  :
                                :   **RULE 7.1 STATEMENT**
KEVIN MCGRINDER,                :
                                :
            Defendant.          :
-------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Minners Designs, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates or subsidiaries which are publicly held.

Dated: New York, New York
       August 13, 2008

                                      DUANE MORRIS LLP

                                      By: _____
                                          Eve I. Klein
                                          Joanna R. Varon
                                      1540 Broadway
                                      New York, NY 10036
                                      (212) 692-1000
                                      Attorneys for Plaintiff

DM3\786164.1