UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X        **AFFIDAVIT OF SERVICE**
MINNERS DESIGNS, INC.,

                Plaintiff,        Case No. 08-cv-7221(PAC)

    - against -        **ECF CASE**

KEVIN MCGRINDER,
                Defendant.
-------------------------------------------------X
STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF QUEENS   )

      Shaun Jackson, being duly sworn, deposes and says: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On August 16, 2008, at approximately 11:32 a.m., at 1501 John Street, Fort Lee, New Jersey 07024, which upon information and belief is the place of abode of Kevin McGrinder, deponent served the within Civil Cover Sheet, Rule 7.1 Statement, Summons in a Civil Case, Complaint, Individual Practices of Judge Paul A. Crotty, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Proceed Before U.S. Magistrate Judge, Electronic Case Filing Rules and Instructions, Individual Practices of Magistrate Judge Eaton, and Right to Proceed Before a U.S. Magistrate Judge upon **Kevin McGrinder** by affixing one true and correct copy to the door at the aforementioned address. Said documents were fastened to the door with the use of several pieces of scotch tape.

      The description of the door is as follows:

> Glass screen door with metal skirting on sides of door, silver door handle with two keyhole entries. A blue wooden door with brass plate on door and the number 1501 imprinted on it. Door also has a peep hole.

      Deponent also states that on August 15, 2008, deponent served a copy of the aforementioned documents upon Kevin McGrinder by depositing a true and correct copy thereof enclosed in a securely sealed, fully post paid, first class mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

> Kevin McGrinder
> 1501 John Street
> Fort Lee, NJ 07024

      Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

    Deponent also states that on the following dates and times, Deponent attempted to serve Kevin McGrinder at the abovementioned address:

        August 13, 2008 at approximately 10:32 p.m.;
        August 14, 2008 at approximately 9:36 a.m.;
        August 15, 2008 at approximately 7:46 a.m. through 9:33 a.m.;
        August 15, 2008 at approximately 6:37 p.m.; and
        August 16, 2008 at approximately 11:32 a.m.

    Deponent received no answer after ringing bell and knocking on door for several minutes.

*/s/ S. Jackson*
_____
Shaun Jackson
Lic#: 1200125

Sworn to before me this
20th day of August, 2008

*/s/ Karlene S. Jackson*
_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009